IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


SHIRLEY RENICE ALVAREZ                                                              PLAINTIFF

vs.                                       Civil No. 4:08-cv-04030

MICHAEL J. ASTRUE                                                                  DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 24th day of April 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE